IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:21-CV-155-D

| | |
|---|---|
| RONIQUE DE SA, et al., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | **ORDER** |
| ) | |
| RPS HOLDINGS, LLC, et al., ) | |
| ) | |
| Defendants. ) | |

On January 12, 2022, defendants RPS Holdings, LLC d/b/a Capital Cabaret complied with this court's order of January 3, 2022, and filed the arbitration agreements of Ashley Finkenworth and Kimberlyn Richards and Finkenworth's and Richards's demand for arbitration. See [D.E. 53]. In light of the filing and the governing law, the court STAYS the action pending the arbitration of the claims of Ashley Finkenworth and Kimberlyn Richards. Cf. [D.E. 52]. The parties SHALL notify the court upon the conclusion of the arbitration involving Ashley Finkenworth and Kimberlyn Richards.

SO ORDERED. This 12 day of January, 2022.

JAMES C. DEVER III
United States District Judge