IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | |
|---|---|
| RONIQUE DE SA, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>RPS HOLDINGS, LLC dba CAPITAL CABARET, a North Carolina Limited Liability Company; PHONG NGUYEN, an individual; DOE MANAGERS 1 through 3; and DOES 4 through 10, inclusive,<br><br>Defendants. | Case No.: 5:21-CV-155-D<br><br>**COLLECTIVE ACTION**<br><br>**JUDGMENT IN FAVOR OF PLAINTIFF TAMARA COZART AND HER COUNSEL** |

On July 1, 2022, defendants RPS Holdings, LLC dba Capital Cabaret, and Phong Nguyen (collectively, "Defendants") served plaintiff Tamara Cozart ("Plaintiff" or "Cozart") with a Fed R. Civ. P. 68 Offer of Judgment in this action in the amount of $18,887.06, exclusive of, reasonable attorney's fees and costs, in connection with the prosecution of Cozart's action. The Offer of Judgment included separately $37,914.55 as full compensation for all reasonable attorney's fees and costs in this matter.

In accordance with the Offer of Judgment and Notice of Acceptance, Plaintiff shall have and recover from defendants RPS Holdings, LLC dba Capital Cabaret, and Phong Nguyen, jointly and severally, the total sum of EIGHTEEN THOUSAND EIGHT HUNDRED EIGHTY-SEVEN DOLLARS and SIX CENTS ($18,887.06) exclusive of reasonable attorneys' fees and costs, in connection with the prosecution of Cozart's action.

Furthermore, Cozart's counsel shall have and recover from defendants RPS Holdings, LLC dba Capital Cabaret, and Phong Nguyen, jointly and severally, the total sum of THIRTY-SEVEN THOUSAND NINE HUNDRED FOURTEEN DOLLARS and FIVETY-FIVE CENTS ($37,914.55) as full compensation for all reasonable attorney's fees and costs, in connection with the prosecution of Cozart's action.

Accordingly, it is **ORDERED AND ADJUDGED** that a Final Judgment is entered for Cozart and against defendants RPS Holdings, LLC dba Capital Cabaret, and Phong Nguyen, jointly and severally for the total sum of EIGHTEEN THOUSAND EIGHT HUNDRED EIGHTY-SEVEN DOLLARS and SIX CENTS ($18,887.06) exclusive of reasonable attorneys' fees and costs, in connection with the prosecution of Cozart's action, with interest at the legal rate, per annum from the date of the entry of this Judgment, against defendants.

Furthermore, it is **ORDERED AND ADJUDGED** that a Final Judgment is entered for Cozart's counsel and against defendants RPS Holdings, LLC dba Capital Cabaret, and Phong Nguyen, jointly and severally for the total sum of THIRTY-SEVEN THOUSAND NINE HUNDRED FOURTEEN DOLLARS and FIVETY-FIVE CENTS ($37,914.55) as full

compensation for all reasonable attorney's fees and costs, in connection with the prosecution of Cozart's action, with interest at the legal rate, per annum from the date of the entry of this Judgment, against defendants.

**IT IS SO ORDERED.**

Dated: July 22, 2022

_____
HONORABLE JAMES C. DEVER III
UNITED STATES DISTRICT JUDGE