IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | |
|---|---|
| ASHLEY FICKENWORTH, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>RPS HOLDINGS, LLC dba CAPITAL CABARET, a North Carolina Limited Liability Company; PHONG NGUYEN, an individual; DOE MANAGERS 1 through 3; and DOES 4 through 10, inclusive,<br><br>Defendants. | Case No.: 5:21-CV-155-D<br><br>**COLLECTIVE ACTION**<br><br>**PLAINTIFF ASHLEY FICKENWORTH'S NOTICE OF ACCEPTANCE OF DEFENDANTS' FED.R.CIV.P. 68 OFFER OF JUDGMENT** |

**COMES NOW** plaintiff Ashley Fickenworth ("Plaintiff" and "Fickenworth") by and through undersigned counsel, and submits Plaintiff's Notice of Acceptance of defendants RPS Holdings, LLC dba Capital Cabaret, and Phong Nguyen (collectively, "Defendants") Fed.R.Civ.P. Rule 68 Offer of Judgment as follows:

1. Plaintiff Ronique De Sa commenced this collective action on April 1, 2021. *See* Dkt. 1.

2. Plaintiff Ashley Fickenworth consented to join this collection action on October 20, 2021. *See* Dkt. 45.

3. On January 3, 2022, this Court granted Defendants' Motion to Compel Arbitration of Plaintiff's claims, and stayed the matter. *See* Dkt. 52.

PLAINTIFF ASHLEY FICKENWORTH'S NOTICE OF ACCEPTANCE OF DEFENDANTS' OFFER OF JUDGMENT PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 68 — PAGE 1 OF 2

Case 5:21-cv-00155-D    Document 64    Filed 10/21/22    Page 1 of 3

4. On October 21, 2022, Defendants served plaintiff Ashley Fickenworth with a Fed. R. Civ. P. 68 Offer of Judgment in this action in the amount of $54,000.00 to Plaintiff as full compensation including all fees and costs incurred in this action and arbitration. **See Exhibit 1**.

5. This acceptance of offer of judgment extinguishes only plaintiff Ashley Fickenworth's claims in this action.

6. Pursuant to Fed. R. Civ. P. 68, Plaintiff timely serves written notice of her acceptance of the offer via the Court's CM/ECF electronic filing system to Defendants' attorneys of record.

                Respectfully Submitted,

Dated: October 21, 2022

CARPENTER & ZUCKERMAN || CHARLES G. MONNETT, III & ASSOCIATES

*/s/ John P. Kristensen*
John P. Kristensen (*Pro Hac Vice*)
Randall J. Phillips

*Attorneys for Plaintiff*

PLAINTIFF ASHLEY FICKENWORTH'S NOTICE OF ACCEPTANCE OF DEFENDANTS' OFFER OF JUDGMENT PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 68    PAGE 2 OF 2

Case 5:21-cv-00155-D   Document 64   Filed 10/21/22   Page 2 of 3

## CERTIFICATE OF SERVICE

I certify that on Friday, October 21, 2022, a true and correct copy of the attached **PLAINTIFF ASHLEY FICKENWORTH'S NOTICE OF ACCEPTANCE OF DEFENDANTS' FED.R.CIV.P. 68 OFFER OF JUDGMENT** was served via CM/ECF upon all participants of record, including the parties listed below, pursuant to Fed. R. Civ. P. 5:

Luke C. Lirot
**LUKE CHARLES LIROT, P.A.**
2240 Belleair Rd., Suite 190
Clearwater, FL 33764
Email: office@lirotlaw.com

***Counsel for Defendants***

                                                      */s/ John P. Kristensen*
                                                        John P. Kristensen