IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | |
|---|---|
| MICHELLE BRAVO, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>RPS HOLDINGS, LLC dba CAPITAL CABARET, a North Carolina Limited Liability Company; PHONG NGUYEN, an individual; DOE MANAGERS 1 through 3; and DOES 4 through 10, inclusive,<br><br>Defendants. | Case No.: 5:21-CV-155-D<br><br>**COLLECTIVE ACTION**<br><br>**JUDGMENT IN FAVOR OF PLAINTIFF MICHELLE BRAVO** |

On October 21, 2022, defendants RPS Holdings, LLC dba Capital Cabaret, and Phong Nguyen (collectively, "Defendants") served plaintiff Michelle Bravo ("Plaintiff" or "Bravo") with a Fed R. Civ. P. 68 Offer of Judgment in this action in the amount of $54,000.00 inclusive of reasonable attorney's fees and costs, in connection with the prosecution of Bravo's action.

In accordance with the Offer of Judgment and Notice of Acceptance, Plaintiff shall have and recover from defendants RPS Holdings, LLC dba Capital Cabaret, and Phong Nguyen, jointly and severally, the total sum of FIFTY-FOUR THOUSAND DOLLARS ($54,000.00) inclusive of reasonable attorneys' fees and costs, in connection with the prosecution of Bravo's action.

Accordingly, it is **ORDERED AND ADJUDGED** that a Final Judgment is entered for Bravo and against defendants RPS Holdings, LLC dba Capital Cabaret, and Phong Nguyen, jointly and severally for the total sum FIFTY-FOUR THOUSAND dollars ($54,000.00) inclusive of reasonable attorneys' fees and costs, in connection with the prosecution of Bravo's action, with interest at the legal rate, per annum from the date of the entry of this Judgment, against defendants.

IT IS SO ORDERED. This 28 day of October, 2022.

                                              HONORABLE JAMES C. DEVER III
                                              UNITED STATES DISTRICT JUDGE