# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF NORTH CAROLINA
# WESTERN DIVISION

| | |
|---|---|
| COURTNEY KEMPF, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>RPS HOLDINGS, LLC dba CAPITAL CABARET, a North Carolina Limited Liability Company; PHONG NGUYEN, an individual; DOE MANAGERS 1 through 3; and DOES 4 through 10, inclusive,<br><br>Defendants. | Case No.: 5:21-CV-155-D<br><br>**COLLECTIVE ACTION**<br><br>**JUDGMENT IN FAVOR OF PLAINTIFF COURTNEY KEMPF** |

On October 21, 2022, defendants RPS Holdings, LLC dba Capital Cabaret, and Phong Nguyen (collectively, "Defendants") served plaintiff Courtney Kempf ("Plaintiff" or "Kempf") with a Fed R. Civ. P. 68 Offer of Judgment in this action in the amount of $63,000.00 inclusive of reasonable attorney's fees and costs, in connection with the prosecution of Kempf's action.

In accordance with the Offer of Judgment and Notice of Acceptance, Plaintiff shall have and recover from defendants RPS Holdings, LLC dba Capital Cabaret, and Phong Nguyen, jointly and severally, the total sum of SIXTY-THREE THOUSAND DOLLARS ($63,000.00) inclusive of reasonable attorneys' fees and costs, in connection with the prosecution of Kempf's action.

Accordingly, it is **ORDERED AND ADJUDGED** that a Final Judgment is entered for Kempf and against defendants RPS Holdings, LLC dba Capital Cabaret, and Phong Nguyen, jointly and severally for the total sum SIXTY-THREE THOUSAND dollars ($63,000.00) inclusive of reasonable attorneys' fees and costs, in connection with the prosecution of Kempf's action, with interest at the legal rate, per annum from the date of the entry of this Judgment, against defendants.

IT IS SO ORDERED. This 28 day of October, 2022.

HONORABLE JAMES C. DEVER III
UNITED STATES DISTRICT JUDGE